**Order entered October 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01411-CR
No. 05-12-01414-CR

**MURELL NORMAN MUCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81548-11, 366-81549-11**

## ORDER

The Court **GRANTS** appellant's October 9, 2013 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/     DAVID EVANS
        JUSTICE